UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
Northern Division
Docket No. 2:10-CR-39-1FL

| | | |
|---|---|---|
| **United States Of America** | ) | |
| | ) | |
| vs. | ) | **RELEASE ORDER** |
| | ) | |
| **Shabazz St. Clair** | ) | |

A Motion for Revocation was submitted on July 29, 2013, charging the defendant with criminal conduct. On July 30, 2013, the motion was filed and a warrant was issued as a detainer. The defendant was released from state custody to the federal detainer and made an Initial Appearance on the pending revocation matter on September 23, 2013. The defendant was detained pending further court proceedings. On September 27, 2013, a Probable Cause and Detention Hearing was conducted and the defendant was remanded to the custody of the United States Marshal pending a Supervised Release Revocation Hearing. A revocation hearing was set for November 12, 2013, at which time the matter was continued until a time to be noticed after December 12, 2013. Additionally, the court ordered that pending the revocation hearing the defendant be reinstated to supervised release under conditions originally imposed and with a modification to include home detention with electronic monitoring. The defendant's release from custody will occur once the defendant's third party custodian, Daphney Wrighton, provides confirmation that a landline telephone has been installed in her residence. The United States Probation Office confirmed telephone service at the custodial residence on November 14, 2013. It is further ordered that the defendant is not required to pay the costs associated with electronic monitoring.

**IT IS THEREFORE ORDERED** that the defendant be released from custody as arranged by the United States Marshal no later than Friday, November 15, 2013.

This the 15 day of Nov, 2013.

_____
Louise W. Flanagan
U.S. District Judge